```
ELIZABETH WALDOW
NATIONAL PARK SERVICE
Law Enforcement Office
P.O. Box 517
Yosemite, California 95389
Telephone: 209-372-0243
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES GOVERNMENT, )<br>    )<br>    Plaintiff, )<br>    )<br>    vs )<br>    )<br>    )<br>    )<br>MISTY TOLEDO, )<br>    )<br>    Defendant. )<br>_____ )<br>_____ ) | CASE 6:07-mj-000088-WMW<br><br>STIPULATION TO CONTINUE MOTION<br>HEARING TO DECEMBER 18, 2007 |

IT IS HEREBY STIPULATED by and between ELIZABETH WALDOW, the Legal Officer for the United States Government the Defendant, Misty Toledo, and his Attorney of record, Carol Ann Moses, that the motion hearing in the above-captioned matter scheduled for October 17, 2007, be continued until December 18, 2007, at 1:30 p.m., with the Government's response due on November 2, 2007.

Dated:                                By: /s/ Elizabeth Waldow
                                      ELIZABETH WALDOW
                                      Legal Officer for
                                      United States Government

Dated:
                                      By: /s/ Carol Ann Moses
                                      CAROL ANN MOSES
                                      Attorney for Defendant
                                      MISTY TOLEDO

---
1
STIPULATION TO ----------AND ORDER THEREON

1 | * * * ORDER * * *

2 | The Court, having reviewed the above request for a
3 | Continuance in the motion hearing until December 18, 2007, at
4 | 1:30 p.m. and Order Thereon, HEREBY ORDERS AS FOLLOWS:
5 |     1.    The Motion Hearing shall be continued to December 18,
6 |           2007 at 1:30 p.m.

8 | It is so ordered:

10 | Dated:_____, 2007

12 | By:_____
       THE HONORABLE WILLIAM M. WUNDERLICH
13 |   United States Magistrate Judge
       Eastern District of California

IT IS SO ORDERED.

**Dated:   October 15, 2007         /s/  William M. Wunderlich**
UNITED STATES MAGISTRATE JUDGE