```
 1  ELIZABETH WALDOW
    NATIONAL PARK SERVICE
 2  Law Enforcement Office
    P.O. Box 517
 3  Yosemite, California 95389
    Telephone: 209-372-0243
 4
 5
 6
 7
 8                    UNITED STATES DISTRICT COURT
 9                   EASTERN DISTRICT OF CALIFORNIA
10  UNITED STATES GOVERNMENT,      )   CASE 6:07-mj-000088-WMW
                                   )
11          Plaintiff,             )
                                   ) STIPULATION TO CONTINUE FILING
12                                 ) DATE FOR GOVERNMENT'S RESPONSE TO
                                   ) NOVEMBER 19, 2007.
13                                 )
                                   )
14                                 )
    MISTY TOLEDO,                  )
15                                 )
            Defendant.             )
16  _____)
                                   )
17  _____)
18       IT IS HEREBY STIPULATED by and between ELIZABETH WALDOW,
19  the Legal Officer for the United States Government, the
20  Defendant, Misty Toledo, and her Attorney of record, Carol Ann
21  Moses, that the filing date for the government's response in the
22  above-captioned matter scheduled for November 2, 2007, be
23  continued until November 19, 2007.
24
    Dated:  November 2, 2007      By:   /s/ Elizabeth Waldow
25                                      ELIZABETH WALDOW
                                        Legal Officer for
26                                      United States Government
27  Dated:  November 2, 2007      By:   /s/ Carol Ann Moses
                                        CAROL ANN MOSES
28                                      Attorney for Defendant
                                        MISTY TOLEDO
```

1
STIPULATION TO ----------AND ORDER THEREON

1 * * * ORDER * * *

2 The Court, having reviewed the above request for a
3 continuance in the filing date for the government's response to
4 defendant's motion, to be rescheduled for November 19, 2007,
5 Order Thereon, HEREBY ORDERS AS FOLLOWS:
6    1. The filing date for the government's response to
7        defendant's motion is continued to November 19, 2007.
8
9 It is so ordered:
10
11 Dated:_____, 2007
12
13                                By:_____
14                                   THE HONORABLE WILLIAM M. WUNDERLICH
                                  United States Magistrate Judge
15                                   Eastern District of California

IT IS SO ORDERED.

16 **Dated:   November 5, 2007          /s/  William M. Wunderlich**
17                               UNITED STATES MAGISTRATE JUDGE

18
19
20
21
22
23
24
25
26
27
28

2
STIPULATION TO CONTINUE  xxxxx   AND ORDER THEREON